IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER FITZGERALD, :
:
Plaintiff, : CIVIL ACTION NO. 16-3377
:
v. :
:
COUNTY OF LEHIGH, JAMES B. :
MARTIN, in his official capacity as the :
District Attorney of Lehigh County, and in :
his individual capacity, STEVEN LUKSA, :
in his official capacity as the First :
Assistant District Attorney, TODD FREY, :
in his official capacity as a County :
Detective, and in his individual capacity, :
and CHRISTOPHER CRUZ, in his official :
capacity as a County Detective, and in his :
individual capacity, :
:
Defendants. :

**ORDER**

**AND NOW**, this 20th day of March, 2019, after considering the defendants' motions for summary judgment (the "motions") (Doc. Nos. 73, 88, 89); and the plaintiff's omnibus response in opposition (Doc. No. 93); and the defendants' replies thereto (Doc. Nos. 98, 99); and after oral argument on September 19, 2018 (Doc. No. 100); and for the reasons set forth in the separately-filed memorandum opinion, it is hereby **ORDERED** that the motions (Doc. Nos. 88, 89) are **GRANTED IN PART**, as follows:

1. The motion for summary judgment filed by the defendant, County of Lehigh (Doc. No. 88), is **GRANTED** as to only the plaintiff's cause of action under *Monell v. Department of Social Services of City of New York*, 436 U.S. 658 (1978) in count I of the third amended complaint, and judgment is **ENTERED** in favor of Lehigh County and against the plaintiff on count I of the third amended complaint; and

2. The motion filed by the defendants, James B. Martin, Steven Luksa, Todd Frey, and Christopher Cruz (Doc. No. 89), is **GRANTED** as to only the plaintiff's false arrest and false imprisonment claims under section 1983 against Todd Frey and Christopher Cruz in count II of the third amended complaint, and judgment is **ENTERED** in favor of Todd Frey and Christopher Cruz and against the plaintiff on count II of the third amended complaint.

**AND NOW FURTHER**, the court having granted summary judgment in favor of the defendants as to all of the plaintiff's federal claims; and the court having declined to exercise supplemental jurisdiction over the plaintiff's state law claims; accordingly, it is hereby **ORDERED** as follows:

1. The plaintiff's state law claims against the defendants in (mislabeled) counts VII, VIII, and IX of the third amended complaint are **DISMISSED WITHOUT PREJDUICE**;

2. The motions for summary judgment (Doc. Nos. 73, 88, 89) are **DENIED WITHOUT PREJUDICE** to the extent that the defendants sought summary judgment in their favor as to the plaintiff's state law claims; and

3. The clerk of court shall mark this case as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.